AO 240 (Rev. 11/85) Application to Proceed

# United States District Court

FOR THE _____ DISTRICT OF __DELAWARE__

RICARDO A. DE LOS SANTOS MORA
    Plaintiff,
        v.
DELAWARE POLICE DEPARTMENT,
U.S. ATTORNEY,
    Defendants.

**APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER**

CASE NUMBER: 06 - 46

I, RICARDO A. DE LOS SANTOS MORA, declare that I am the (check appropriate box)

- [X] petitioner/plaintiff
- [ ] respondent/defendant
- [ ] movant (filing 28 U.S.C. 2255 motion)
- [X] 28 U.S.C. 1350
- [ ] other

FILED JAN 20 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

A violation of Article 36 of the Vienna Convention. Arresting officer and U.S. Attorney violated my right under the Vienna Convention; I was held for eleven (11) months in jail without being advised of my rights under the Vienna Convention.

In further support of this application, I answer the following questions.

1. Are you presently employed?     Yes [X]   No [ ]

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

My work detail at the Institution- pound pm 1. My pay is $ 5.00 to $ 20.00 monthly, see account statement.

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

At the institution UNICOR Factory June 2005.

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or other form of self-employment    Yes [ ]   No [X]
   b. Rent payments, interest or dividends?    Yes [ ]   No [X]
   c. Pensions, annuities or life insurance payments?    Yes [ ]   No [X]
   d. Gifts or inheritances?    Yes [X]   No [ ]
   e. Any other sources?    Yes [ ]   No [X]

InmateStatementCombined

Page 1 of 2

## Inmate Statement



| | | |
|---|---|---|
| Inmate Reg #: | 27615083 | Current Institution: Petersburg Medium FCI |
| Inmate Name: | DE LOS SANTOS-MORA, RICARDO | Housing Unit: A |
| Report Date: | 01/17/2006 | Living Quarters: A04-065U |
| Report Time: | 10:53:48 AM | |

06 - 46

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| PEM | 1/14/2006 11:09:18 AM | ITS0114 | | | ITS Withdrawal | ($1.00) | | $64.10 |
| PEM | 1/13/2006 7:09:26 PM | ITS0113 | | | ITS Withdrawal | ($1.00) | | $65.10 |
| PEM | 1/12/2006 7:08:30 PM | ITS0112 | | | ITS Withdrawal | ($4.00) | | $66.10 |
| PEM | 1/12/2006 10:23:38 AM | | 6878 | | Gift | ($20.00) | | $70.10 |
| PEM | 1/10/2006 8:55:01 PM | ITS0110 | | | ITS Withdrawal | ($2.00) | | $90.10 |
| PEM | 1/10/2006 7:22:26 PM | 69 | | | Sales | ($1.45) | | $92.10 |
| PEM | 1/10/2006 7:14:25 PM | 65 | | | Sales | ($19.40) | | $93.55 |
| PEM | 1/9/2006 5:06:51 PM | ITS0109 | | | ITS Withdrawal | ($1.00) | | $112.95 |
| PEM | 1/8/2006 6:20:01 PM | ITS0108 | | | ITS Withdrawal | ($7.00) | | $113.95 |
| PEM | 1/8/2006 11:39:51 AM | ITS0108 | | | ITS Withdrawal | ($6.00) | | $120.95 |
| PEM | 1/8/2006 5:41:32 AM | 70148902 | | | Lockbox - CD | $100.00 | | $126.95 |
| PEM | 1/7/2006 11:00:20 AM | ITS0107 | | | ITS Withdrawal | ($1.00) | | $26.95 |
| PEM | 1/6/2006 5:40:07 PM | ITS0106 | | | ITS Withdrawal | ($3.00) | | $27.95 |
| PEM | 1/6/2006 11:15:03 AM | FIPP1205 | | | Payroll - IPP | $10.08 | | $30.95 |
| PEM | 1/3/2006 5:35:22 AM | 70148503 | | | Lockbox - CD | $20.00 | | $20.87 |
| PEM | 1/1/2006 7:54:14 AM | ITS0101 | | | ITS Withdrawal | ($7.00) | | $0.87 |
| PEM | 12/30/2005 4:55:05 PM | ITS1230 | | | ITS Withdrawal | ($3.00) | | $7.87 |
| PEM | 12/30/2005 2:03:53 PM | 70148401 | | | Lockbox - CD | $10.00 | | $10.87 |
| PEM | 12/29/2005 6:21:20 PM | ITS1229 | | | ITS Withdrawal | ($2.00) | | $0.87 |
| PEM | 12/28/2005 4:55:05 PM | ITS1228 | | | ITS Withdrawal | ($1.00) | | $2.87 |
| PEM | 12/25/2005 8:47:44 AM | ITS1225 | | | ITS Withdrawal | ($7.00) | | $3.87 |
| PEM | 12/23/2005 5:55:06 PM | ITS1223 | | | ITS Withdrawal | ($5.00) | | $10.87 |
| PEM | 12/22/2005 5:28:22 PM | ITS1222 | | | ITS Withdrawal | ($5.00) | | $15.87 |
| PEM | 12/8/2005 5:03:11 PM | ITS1208 | | | ITS Withdrawal | ($2.00) | | $20.87 |
| PEM | 12/6/2005 9:48:19 AM | FIPP1105 | | | Payroll - IPP | $9.12 | | $22.87 |
| PEM | 11/30/2005 9:00:38 PM | ITS1130 | | | ITS Withdrawal | ($2.00) | | $13.75 |
| PEM | 11/29/2005 5:12:44 PM | ITS1129 | | | ITS Withdrawal | ($2.00) | | $15.75 |
| PEM | 11/28/2005 7:03:06 PM | ITS1128 | | | ITS Withdrawal | ($3.00) | | $17.75 |
| PEM | 11/28/2005 6:20:46 PM | 34 | | | Sales | ($19.50) | | $20.75 |
| PEM | 11/28/2005 5:31:34 PM | ITS1128 | | | ITS Withdrawal | ($10.00) | | $40.25 |
| PEM | 11/25/2005 4:57:25 PM | ITS1125 | | | ITS Withdrawal | ($3.00) | | $50.25 |
| PEM | 11/23/2005 5:34:11 AM | 70145901 | | | Lockbox - CD | $20.00 | | $53.25 |
| PEM | 11/23/2005 5:34:08 AM | 70145901 | | | Lockbox - CD | $25.00 | | $33.25 |

http://10.33.8.107/umr/InmateStatementCombined.aspx

1/17/2006

| PEM | 11/22/2005 8:00:55 PM | ITS1122 | | ITS Withdrawal | ($5.00) | $8.25 |
|---|---|---|---|---|---|---|
| PEM | 11/21/2005 6:28:31 PM | 42 | | Sales | ($1.00) | $13.25 |
| PEM | 11/21/2005 6:25:55 PM | 41 | | Sales | ($30.40) | $14.25 |
| PEM | 11/20/2005 11:12:28 AM | ITS1120 | | ITS Withdrawal | ($2.00) | $44.65 |
| PEM | 11/17/2005 5:07:28 PM | ITS1117 | | ITS Withdrawal | ($6.00) | $46.65 |
| PEM | 11/16/2005 7:14:43 PM | ITS1116 | | ITS Withdrawal | ($3.00) | $52.65 |
| PEM | 11/16/2005 5:32:36 AM | 70145401 | | Lockbox - CD | $50.00 | $55.65 |
| PEM | 11/14/2005 6:34:30 PM | 28 | | Sales | ($15.90) | $5.65 |
| PEM | 11/14/2005 5:33:23 PM | ITS1114 | | ITS Withdrawal | ($1.00) | $21.55 |
| PEM | 11/11/2005 5:03:48 PM | ITS1111 | | ITS Withdrawal | ($3.00) | $22.55 |
| PEM | 11/10/2005 5:19:47 PM | ITS1110 | | ITS Withdrawal | ($2.00) | $25.55 |
| PEM | 11/8/2005 7:55:52 PM | ITS1108 | | ITS Withdrawal | ($2.00) | $27.55 |
| PEM | 11/8/2005 5:11:45 PM | ITS1108 | | ITS Withdrawal | ($3.00) | $29.55 |
| PEM | 11/7/2005 5:21:33 PM | ITS1107 | | ITS Withdrawal | ($3.00) | $32.55 |
| PEM | 11/6/2005 11:50:55 AM | ITS1106 | | ITS Withdrawal | ($5.00) | $35.55 |
| PEM | 11/4/2005 7:48:57 AM | FIPP1005 | | Payroll - IPP | $20.40 | $40.55 |
| PEM | 11/3/2005 7:11:07 PM | ITS1103 | | ITS Withdrawal | ($2.00) | $20.15 |

1 2 3 4

Total Transactions: 182

Totals:    $48.79    $0.00

---

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| PEM | $64.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $64.10 |
| Totals: | $64.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $64.10 |

## Inmate Statement



| | | | | | | Transaction | Encumbrance | |
|---|---|---|---|---|---|---|---|---|
| **Inmate Reg #:** | | 27615083 | | | **Current Institution:** | Petersburg Medium FCI | | |
| **Inmate Name:** | | DE LOS SANTOS-MORA, RICARDO | | | **Housing Unit:** | A | | |
| **Report Date:** | | 01/17/2006 | | | **Living Quarters:** | A04-065U | | |
| **Report Time:** | | 10:54:17 AM | | | | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| PEM | 11/1/2005 5:24:46 PM | ITS1101 | | | ITS Withdrawal | ($6.00) | | $22.15 |
| PEM | 10/31/2005 7:13:27 PM | ITS1031 | | | ITS Withdrawal | ($3.00) | | $28.15 |
| PEM | 10/31/2005 6:57:55 PM | 66 | | | Sales | ($28.85) | | $31.15 |
| PEM | 10/31/2005 11:38:14 AM | 70144303 | | | Lockbox - CD | $60.00 | | $60.00 |
| PEM | 10/24/2005 6:52:46 PM | 51 | | | Sales | ($4.35) | | $0.00 |
| PEM | 10/23/2005 7:11:30 PM | ITS1023 | | | ITS Withdrawal | ($3.00) | | $4.35 |
| PEM | 10/22/2005 11:21:18 AM | ITS1022 | | | ITS Withdrawal | ($3.00) | | $7.35 |
| PEM | 10/20/2005 5:47:35 PM | ITS1020 | | | ITS Withdrawal | ($5.00) | | $10.35 |
| PEM | 10/20/2005 4:58:11 PM | ITS1020 | | | ITS Withdrawal | ($5.00) | | $15.35 |
| PEM | 10/19/2005 8:41:19 PM | ITS1019 | | | ITS Withdrawal | ($2.00) | | $20.35 |
| PEM | 10/19/2005 5:39:32 PM | ITS1019 | | | ITS Withdrawal | ($5.00) | | $22.35 |
| PEM | 10/18/2005 7:14:13 PM | ITS1018 | | | ITS Withdrawal | ($1.00) | | $27.35 |
| PEM | 10/17/2005 5:08:47 PM | ITS1017 | | | ITS Withdrawal | ($2.00) | | $28.35 |
| PEM | 10/16/2005 5:04:01 PM | ITS1016 | | | ITS Withdrawal | ($5.00) | | $30.35 |
| PEM | 10/15/2005 5:55:02 AM | 70143301 | | | Lockbox - CD | $25.00 | | $35.35 |
| PEM | 10/14/2005 7:35:37 PM | ITS1014 | | | ITS Withdrawal | ($2.00) | | $10.35 |
| PEM | 10/14/2005 5:10:01 PM | ITS1014 | | | ITS Withdrawal | ($3.00) | | $12.35 |
| PEM | 10/13/2005 6:37:34 PM | | 6171 | | Donation | ($5.00) | | $15.35 |
| PEM | 10/13/2005 5:24:03 PM | ITS1013 | | | ITS Withdrawal | ($3.00) | | $20.35 |
| PEM | 10/12/2005 5:42:13 PM | ITS1012 | | | ITS Withdrawal | ($2.00) | | $23.35 |
| PEM | 10/11/2005 4:54:30 PM | ITS1011 | | | ITS Withdrawal | ($5.00) | | $25.35 |
| PEM | 10/8/2005 11:48:49 AM | ITS1008 | | | ITS Withdrawal | ($8.00) | | $30.35 |
| PEM | 10/8/2005 10:35:32 AM | ITS1008 | | | ITS Withdrawal | ($3.00) | | $38.35 |
| PEM | 10/6/2005 5:37:28 PM | ITS1006 | | | ITS Withdrawal | ($3.00) | | $41.35 |
| PEM | 10/6/2005 1:13:08 PM | 5JV06105 | | | Payroll - IPP | $8.64 | | $44.35 |
| PEM | 10/5/2005 5:42:49 PM | ITS1005 | | | ITS Withdrawal | ($5.00) | | $35.71 |
| PEM | 10/3/2005 11:16:45 AM | | 6025 | | Gift | ($25.00) | | $40.71 |
| PEM | 10/1/2005 11:06:42 AM | ITS1001 | | | ITS Withdrawal | ($5.00) | | $65.71 |
| PEM | 9/27/2005 5:03:47 PM | ITS0927 | | | ITS Withdrawal | ($5.00) | | $70.71 |
| PEM | 9/25/2005 12:29:41 PM | ITS0925 | | | ITS Withdrawal | ($5.00) | | $75.71 |
| PEM | 9/22/2005 5:29:24 PM | 51 | | | Sales | ($44.55) | | $80.71 |
| PEM | 9/22/2005 4:53:26 PM | ITS0922 | | | ITS Withdrawal | ($5.00) | | $125.26 |
| PEM | 9/21/2005 5:09:08 PM | ITS0921 | | | ITS Withdrawal | ($5.00) | | $130.26 |

| | | | | | | |
|---|---|---|---|---|---|---|
| PEM | 9/20/2005 7:32:45 PM | ITS0920 | | ITS Withdrawal | ($5.00) | $135.26 |
| PEM | 9/20/2005 5:07:35 PM | ITS0920 | | ITS Withdrawal | ($5.00) | $140.26 |
| PEM | 9/19/2005 4:53:22 PM | ITS0919 | | ITS Withdrawal | ($5.00) | $145.26 |
| PEM | 9/19/2005 5:43:23 AM | 70141403 | | Lockbox - CD | $150.00 | $150.26 |
| PEM | 9/15/2005 4:51:02 PM | ITS0915 | | ITS Withdrawal | ($2.00) | $0.26 |
| PEM | 9/14/2005 5:10:40 PM | ITS0914 | | ITS Withdrawal | ($3.00) | $2.26 |
| PEM | 9/12/2005 5:10:03 PM | ITS0912 | | ITS Withdrawal | ($2.00) | $5.26 |
| PEM | 9/11/2005 11:18:54 AM | ITS0911 | | ITS Withdrawal | ($3.00) | $7.26 |
| PEM | 9/9/2005 5:20:45 PM | ITS0909 | | ITS Withdrawal | ($3.00) | $10.26 |
| PEM | 9/8/2005 9:07:38 PM | ITS0908 | | ITS Withdrawal | ($3.00) | $13.26 |
| PEM | 9/6/2005 5:12:24 PM | ITS0906 | | ITS Withdrawal | ($5.00) | $16.26 |
| PEM | 9/6/2005 8:45:42 AM | 5JV06099 | | Payroll - IPP | $10.92 | $21.26 |
| PEM | 9/5/2005 5:21:12 PM | ITS0905 | | ITS Withdrawal | ($1.00) | $10.34 |
| PEM | 9/1/2005 6:28:38 PM | 44 | | Sales | ($19.30) | $11.34 |
| PEM | 9/1/2005 5:26:36 PM | ITS0901 | | ITS Withdrawal | ($5.00) | $30.64 |
| PEM | 8/31/2005 8:22:05 PM | ITS0831 | | ITS Withdrawal | ($5.00) | $35.64 |
| PEM | 8/19/2005 5:00:20 PM | ITS0819 | | ITS Withdrawal | ($10.00) | $40.64 |

1 2 3 4

Total Transactions: 182

Totals: $48.79    $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| PEM | $64.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $64.10 |
| Totals: | $64.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $64.10 |

# Inmate Statement



| Inmate Reg #: | 27615083 | Current Institution: | Petersburg Medium FCI |
|---|---|---|---|
| Inmate Name: | DE LOS SANTOS-MORA, RICARDO | Housing Unit: | A |
| Report Date: | 01/17/2006 | Living Quarters: | A04-065U |
| Report Time: | 10:55:40 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| PEM | 8/17/2005 5:12:45 PM | ITS0817 | | | ITS Withdrawal | ($6.00) | | $50.64 |
| PEM | 8/12/2005 4:45:50 PM | ITS0812 | | | ITS Withdrawal | ($5.00) | | $56.64 |
| PEM | 8/11/2005 8:07:35 PM | 112 | | | Sales | ($18.95) | | $61.64 |
| PEM | 8/10/2005 10:51:22 PM | ITS0810 | | | ITS Withdrawal | ($5.00) | | $80.59 |
| PEM | 8/9/2005 9:22:45 PM | ITS0809 | | | ITS Withdrawal | ($5.00) | | $85.59 |
| PEM | 8/9/2005 6:27:07 AM | 70138601 | | | Lockbox - CD | $50.00 | | $90.59 |
| PEM | 8/7/2005 11:46:07 AM | ITS0807 | | | ITS Withdrawal | ($10.00) | | $40.59 |
| PEM | 8/5/2005 8:35:34 PM | ITS0805 | | | ITS Withdrawal | ($4.00) | | $50.59 |
| PEM | 8/5/2005 8:37:26 AM | 5JV06085 | | | Payroll - IPP | $8.64 | | $54.59 |
| PEM | 8/2/2005 5:09:23 PM | ITS0802 | | | ITS Withdrawal | ($20.00) | | $45.95 |
| PEM | 7/31/2005 8:50:06 AM | ITS0731 | | | ITS Withdrawal | ($5.00) | | $65.95 |
| PEM | 7/30/2005 5:53:08 AM | 70138001 | | | Lockbox - CD | $30.00 | | $70.95 |
| PEM | 7/29/2005 4:45:22 PM | ITS0729 | | | ITS Withdrawal | ($5.00) | | $40.95 |
| PEM | 7/27/2005 9:16:57 PM | ITS0727 | | | ITS Withdrawal | ($5.00) | | $45.95 |
| PEM | 7/26/2005 9:18:12 PM | ITS0726 | | | ITS Withdrawal | ($4.00) | | $50.95 |
| PEM | 7/26/2005 5:12:51 PM | ITS0726 | | | ITS Withdrawal | ($5.00) | | $54.95 |
| PEM | 7/26/2005 5:58:55 AM | 70137601 | | | Lockbox - CD | $59.00 | | $59.95 |
| PEM | 7/14/2005 5:27:49 PM | ITS0714 | | | ITS Withdrawal | ($3.00) | | $0.95 |
| PEM | 7/13/2005 9:42:46 PM | ITS0713 | | | ITS Withdrawal | ($2.00) | | $3.95 |
| PEM | 7/12/2005 8:30:20 PM | ITS0712 | | | ITS Withdrawal | ($5.00) | | $5.95 |
| PEM | 7/12/2005 5:05:50 PM | ITS0712 | | | ITS Withdrawal | ($5.00) | | $10.95 |
| PEM | 7/11/2005 8:58:26 PM | ITS0711 | | | ITS Withdrawal | ($5.00) | | $15.95 |
| PEM | 7/11/2005 4:55:45 PM | ITS0711 | | | ITS Withdrawal | ($5.00) | | $20.95 |
| PEM | 7/7/2005 4:48:21 PM | ITS0707 | | | ITS Withdrawal | ($2.00) | | $25.95 |
| PEM | 7/5/2005 5:30:58 PM | ITS0705 | | | ITS Withdrawal | ($5.00) | | $27.95 |
| PEM | 7/5/2005 1:13:01 PM | 5JV06076 | | | Payroll - IPP | $5.25 | | $32.95 |
| PEM | 7/3/2005 11:16:50 AM | ITS0703 | | | ITS Withdrawal | ($3.00) | | $27.70 |
| PEM | 7/1/2005 4:56:59 PM | ITS0701 | | | ITS Withdrawal | ($5.00) | | $30.70 |
| PEM | 6/30/2005 4:47:59 PM | ITS0630 | | | ITS Withdrawal | ($5.00) | | $35.70 |
| PEM | 6/29/2005 5:13:24 PM | ITS0629 | | | ITS Withdrawal | ($2.00) | | $40.70 |
| PEM | 6/28/2005 5:13:33 PM | ITS0628 | | | ITS Withdrawal | ($3.00) | | $42.70 |
| PEM | 6/26/2005 10:41:36 AM | ITS0626 | | | ITS Withdrawal | ($5.00) | | $45.70 |
| PEM | 6/23/2005 5:05:43 PM | ITS0623 | | | ITS Withdrawal | ($5.00) | | $50.70 |

| | | | | | | |
|---|---|---|---|---|---|---|
| PEM | 6/22/2005 4:59:59 PM | ITS0622 | | ITS Withdrawal | ($5.00) | $55.70 |
| PEM | 6/19/2005 5:16:13 PM | ITS0619 | | ITS Withdrawal | ($7.00) | $60.70 |
| PEM | 6/18/2005 2:57:47 PM | ITS0618 | | ITS Withdrawal | ($3.00) | $67.70 |
| PEM | 6/16/2005 5:22:02 PM | ITS0616 | | ITS Withdrawal | ($6.00) | $70.70 |
| PEM | 6/15/2005 1:20:54 PM | 18 | | Sales | ($23.80) | $76.70 |
| PEM | 6/14/2005 5:11:24 PM | ITS0614 | | ITS Withdrawal | ($5.00) | $100.50 |
| PEM | 6/12/2005 10:43:33 AM | ITS0612 | | ITS Withdrawal | ($5.00) | $105.50 |
| PEM | 6/11/2005 2:08:45 PM | ITS0611 | | ITS Withdrawal | ($4.00) | $110.50 |
| PEM | 6/8/2005 9:06:49 PM | ITS0608 | | ITS Withdrawal | ($5.00) | $114.50 |
| PEM | 6/8/2005 5:21:34 PM | ITS0608 | | ITS Withdrawal | ($3.00) | $119.50 |
| PEM | 6/8/2005 1:14:02 PM | 20 | | Sales | ($34.95) | $122.50 |
| PEM | 6/6/2005 9:32:27 PM | ITS0606 | | ITS Withdrawal | ($5.00) | $157.45 |
| PEM | 6/6/2005 12:30:48 PM | 5OS02072 | | Payroll - UNICOR | $147.25 | $162.45 |
| PEM | 6/5/2005 8:16:07 PM | ITS0605 | | ITS Withdrawal | ($3.00) | $15.20 |
| PEM | 6/1/2005 2:16:03 PM | 37 | | Sales | ($22.75) | $18.20 |
| PEM | 5/30/2005 4:54:44 PM | ITS0530 | | ITS Withdrawal | ($5.00) | $40.95 |
| PEM | 5/29/2005 8:42:49 AM | ITS0529 | | ITS Withdrawal | ($5.00) | $45.95 |

1 2 3 4

Total Transactions: 182

Totals:  $48.79   $0.00

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| PEM | $64.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $64.10 |
| Totals: | $64.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $64.10 |

> As you can see in the statement, I no longer work in Unicor. That was my last monthly pay. June 6, 2005. My job now is pound pm 1 (PPI) at the institution and I make from $5.00 to $20. monthly.

## Inmate Statement

[PRINT]

| | | |
|---|---|---|
| Inmate Reg #: | 27615083 | Current Institution: Petersburg Medium FCI |
| Inmate Name: | DE LOS SANTOS-MORA, RICARDO | Housing Unit: A |
| Report Date: | 01/17/2006 | Living Quarters: A04-065U |
| Report Time: | 10:55:59 AM | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| PEM | 5/29/2005 8:25:19 AM | ITS0529 | | | ITS Withdrawal | ($5.00) | | $50.95 |
| PEM | 5/28/2005 10:59:40 AM | ITS0528 | | | ITS Withdrawal | ($5.00) | | $55.95 |
| PEM | 5/26/2005 4:51:54 PM | ITS0526 | | | ITS Withdrawal | ($5.00) | | $60.95 |
| PEM | 5/23/2005 7:07:23 PM | ITS0523 | | | ITS Withdrawal | ($5.00) | | $65.95 |
| PEM | 5/18/2005 9:15:57 PM | ITS0518 | | | ITS Withdrawal | ($10.00) | | $70.95 |
| PEM | 5/18/2005 2:12:42 PM | 41 | | | Sales | ($14.75) | | $80.95 |
| PEM | 5/17/2005 8:44:47 PM | ITS0517 | | | ITS Withdrawal | ($2.00) | | $95.70 |
| PEM | 5/16/2005 9:47:25 PM | ITS0516 | | | ITS Withdrawal | ($3.00) | | $97.70 |
| PEM | 5/15/2005 4:43:32 PM | ITS0515 | | | ITS Withdrawal | ($2.00) | | $100.70 |
| PEM | 5/13/2005 5:04:29 PM | ITS0513 | | | ITS Withdrawal | ($2.00) | | $102.70 |
| PEM | 5/11/2005 6:18:27 PM | 42 | | | Sales | ($52.60) | | $104.70 |
| PEM | 5/10/2005 5:29:29 PM | ITS0510 | | | ITS Withdrawal | ($2.00) | | $157.30 |
| PEM | 5/10/2005 8:56:21 AM | | | 8010 | Tuition | ($30.00) | | $159.30 |
| PEM | 5/10/2005 8:55:51 AM | | | 8009 | Gift | ($150.00) | | $189.30 |
| PEM | 5/8/2005 5:00:46 PM | ITS0508 | | | ITS Withdrawal | ($2.00) | | $339.30 |
| PEM | 5/7/2005 9:09:24 AM | ITS0507 | | | ITS Withdrawal | ($2.00) | | $341.30 |
| PEM | 5/6/2005 4:42:38 PM | ITS0506 | | | ITS Withdrawal | ($8.00) | | $343.30 |
| PEM | 5/6/2005 7:48:01 AM | 5OS02063 | | | Payroll - UNICOR | $258.86 | | $351.30 |
| PEM | 5/2/2005 5:36:40 AM | 70131703 | | | Lockbox - CD | $90.77 | | $92.44 |
| PEM | 5/2/2005 5:36:38 AM | 70131703 | | | Lockbox - CD | $1.66 | | $1.67 |
| PEM | 4/27/2005 6:37:23 PM | 64 | | | Sales | ($0.30) | | $0.01 |
| PEM | 4/25/2005 9:44:52 PM | ITS0425 | | | ITS Withdrawal | ($1.00) | | $0.31 |
| PEM | 4/25/2005 5:20:12 PM | ITS0425 | | | ITS Withdrawal | ($1.00) | | $1.31 |
| PEM | 4/23/2005 9:22:04 PM | ITS0423 | | | ITS Withdrawal | ($1.00) | | $2.31 |
| PEM | 4/22/2005 6:21:34 PM | ITS0422 | | | ITS Withdrawal | ($1.00) | | $3.31 |
| PEM | 4/22/2005 4:41:04 PM | ITS0422 | | | ITS Withdrawal | ($1.00) | | $4.31 |
| PEM | 4/21/2005 6:04:25 PM | ITS0421 | | | ITS Withdrawal | ($1.00) | | $5.31 |
| PEM | 4/21/2005 5:56:47 PM | ITS0421 | | | ITS Withdrawal | ($1.00) | | $6.31 |
| PEM | 4/20/2005 6:42:51 PM | ITS0420 | | | ITS Withdrawal | ($1.00) | | $7.31 |
| PEM | 4/19/2005 9:22:23 PM | ITS0419 | | | ITS Withdrawal | ($2.00) | | $8.31 |
| PEM | 4/19/2005 6:08:38 PM | ITS0419 | | | ITS Withdrawal | ($3.00) | | $10.31 |
| PEM | 4/18/2005 8:57:54 PM | ITS0418 | | | ITS Withdrawal | ($2.00) | | $13.31 |

1 2 3 4

Total Transactions: 182

|  |  |  | Totals: | $48.79 | $0.00 |
|---|---|---|---|---|---|

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| PEM | $64.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $64.10 |
| Totals: | $64.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $64.10 |

A Friend of Mine Sent $100. For Christmas, that is why I have this Much in my Account.