RICARDO A. DE LOS SANTOS MORA
# 27615-083
FCC PETERSBURG MEDIUN
P.O.BOX 90043
PETERSBURG, VIRGINIA 23804



TO: CLERK OF THE DISTRICT COURT
OF DELAWARE, 844 KING STREET,
BOX 27 WILMINGTON, DE 19801

06 - 46

Dear Clerk:

    Enclosed is my complaint under Alien tort Claim Act 28 U.S.C. 1350 and accompanied affidavit and petition to proceed in forma pauperis.

    I was not able to serve the parties due to the fact I don't have their address at this moment. Please forward a copy of this complaint to the parties. Thank you.

    Inform me of the date you dock my complaint.

Dated: 01-18-06.

Sincerely,

Ricardo A. De Los Santos Mora
# 27615-083
FCC Petersburg Medium
P.O.Box 90043
Petersburg, Virginia 23804

cc. file