RICARDO A. DE LOS SANTOS MORA
# 27615-083
FCC PETERSBURG MEDIUM
P.O. BOX 90043
PETERSBURG, VIRGINIA 23804


FEBRUARY 4, 2006


TO: CLERK'S OFFICE
UNITED STATES DISTRICT COURT
OF DELAWARE
844 KING ST. BOX 27
WILMINGTON, DELAWARE 19801

06-46 (JJF)

Dear Clerk:

    I filed a complaint in your court under the Alien Tort Claims Act 28 U.S.C. 1350 and have not received any indication as to the date the court docketed my complaint.

    Please inform me of the status of my complaint. Thank you for your assistance in this matter.


Sincerely,

Ricardo A. De Los Santos Mora


cc. file

RICARDO A. DE LOS SANTOS MORA
# 27615-083
FCC PETERBURG MEDIUM
P.O. BOX 90043
PETERSBURG, VIRGINIA 23804

RICHMOND VA 232

03 FEB 2006 PM 6 T

TO: CLERK'S OFFICE
UNITED STATES DISTRICT COURT
OF DELAWARE
844 KING ST. BOX 27
WILMINGTON, DELAWARE 19801

U.S.M.S.
X-RAY

legal mail