IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RICARDO A. DE LOS SANTOS MORA, )
)
      Plaintiff, )
)
      v. ) Civil Action No.06-046-JJF
)
DELAWARE POLICE DEPARTMENT, )
U.S. ATTORNEY, )
)
      Defendants. )

FILED
FEB 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AUTHORIZATION**

    I, Ricardo A. De Los Santos Mora, Inmate Reg. ID# 27615083 request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $20.43 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated 02-02, 2006.

    This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action.

This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 02-17_____, 2006.

*R___t S___.*
Signature of Plaintiff

Dear Clerk:

I am willing to pay 20% to the court of whatever monthly income I receive. However, there will be time that my monthly income will not exceed $10.00. As it is the case now. The only income I have to this point is my institution Job payment wich is $6.49 for this month.

If you wish to confirm this information, please call the institution, the phone number is (804) 504-7200. My work detail is compound pm 1.

My friend send some money from time to time, but it is not in a regular basis, and of that money, I pay 20% to the district court of Virginia.

2

Sincerely,

Ricardo De los Santos Mora
#27615-083



Ricardo De los Santos Mora
#27615-083
FCC Petersburg Medium
P.O. Box 90043
Petersburg, VA 23804

Legal Mail

To: Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570