IN THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT
OF DELAWARE

RICARDO A. DE LOS SANTOS MORA )
      Plaintiff, )
)
      Vs. )    Civil No: 06-46-JJF
)
)
DOVER, DELAWARE POLICE DEPT., )
COUNTY OF KENT; ATTORNEY GENERAL, )
M. JANE BRADLY; CHIEF OF POLICE DEPT., )
JEFFREY HOBARTH; et al. )
      Defendants. )

FILED
MAR 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

**AMENDMENT**

    Comes now, Ricardo De Los Santos Mora acting Pro se, and hereby provide this Honorable Court with the parties names as this Honorable Court requested, (see Memorandum Order).

    Plaintiff was not able to initially provide these parties names in his complaint due to plaintiff's limited legal resource and knowledge.

    The parties for plaintiff's compliant are as listed above. Plaintiff wants to inform this Honorable Court that he meant to write in his complaint "Attorney General" instead of U.S. Attorney.

Dated: March 24, 2006.

Respectfully submitted,

Ricardo A. De Los SantosMora
Pro se/Plaintiff

Ricardo A. De Los Santos Mora
#27615-083
Fcc Petersburg medium
P.O. Box 90043
Perrysburg, VA 23804

RICHMOND VA 232
24 MAR 2006 PM 5 L

RECEIVED BY FCI
PETERSBURG
2006 MAR 24 A 6:40

U.S.M.S
X-RAY

Legal Mail

To: Office of The Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570