IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RICARDO A. DE LOS SANTOS MORA )
    Plaintiff, )
 )
 )     Civil No: 06-46-JJF
V. )
 )
DOVER, DELAWARE POLICE DEPT.; )
COUNTY OF KENT, M.JANE BRADLY, )
ATTORNEY GENERAL; JEFFREY HOBARTH, )
CHIEF OF POLICE DEPT.; et al, )
    Defendants. )



AMENDMENT

Plaintiff recently sent this Honorable Court a amendment with the above parties names, and now is sending the Court the case Dkt. number and exact date of plaintiff trial in wich he was found not guilty by jury.

Dkt. # 9504015686     date of trial, March 26, 1996.

Plaintiff respectfully request that this Honorable Court order the goverment to provide any additional parties names that may be involved in this case, since plaintiff is an indegent inmate and has limited resuorce.

Dated April 1,     2006 .

Respectfully submitted,

Ricardo De Los Santos Mora
Plaintiff/pro se



Ricardo De los Santos Mora
#27615-083
Fcc Petersburg Medium
P.O. Box 90043
Petersburg, VA 23804

Legal Mail