IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RICARDO A. DE LOS SANTOS-MORA )
      Plaintiff, )
)
)
Vs. ) Civil No: 06-46-JJF
)
)
DOVER, DELAWARE POLICE DEPT., )
ATTORNEY GENERAL MARY JANE BRADLY, )
AND DOVER CHIEF OF POLICE, JEFFREY )
HORBATH; et al, )
      Defendants. )



REQUEST TO THE CLERK

Dear Clerk:

    I, received a Order from your Court in where I was given 120 days to provide a copy of the complaint and amendments I filed in your Court. Also the Court asked me to complete and send to the Court an original U.S. MARSHAL-285 FORM for each defendant.

    I am hereby sending you copy of the complaint, and retyped the amendments due to the fact that the copy machine at the institution library was broken at the time I typed the amendments, and I was not able to make copy.

Request.

    I am hereby requesting this Court to send me four (4) "U.S. MARSHAL 285 FORM". The institution does not have this form available in the library. I wil complete these from and mail to the Court as soon as you send them to me. Thank for your assistance in this matter.

Dated 04/21/2006.

                                            Respectfully submitted,

                                            Ricardo A. De Los Santos-Mora
                                            # 27615-083
                                            FCC Petersburg Medium
                                            P.O. Box 90043
                                            Petersburg, VA 23804

cc. file

