OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

May 8, 2006

TO:  Ricardo A. De Los Santos Mora
     Reg # 27615083
     FCI Petersburg Medium
     P.O. Box 90043
     Petersburg, VA 23804

**RE: U.S. MARSHAL 285 FORMS; 06-46(JJF)**

Dear Mr. De Los Santos Mora:

A letter has been received by the Clerk's Office requesting U.S. Marshal's service of process forms (USM 285 forms) to accompany the filing a complaint in this Court. Please be advised that these forms are available at the institution at which you are presently incarcerated. USM 285 forms are sent directly from the U.S. Marshal's Office to the institution library upon request from institution officials (when low or out of stock). The institutions generally provide the service forms to an inmate once a service order issues from the Court. Consequently, the Clerk's office does not provide USM Forms 285 in response to individual requests.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad                                PETER T. DALLEO
                                    CLERK

cc: The Honorable Joseph J. Farnan, Jr.