IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RICARDO A. DE LOS SANTOS-MORA )
    Plaintiff, )
)
)
VS. )
) Case No: 1:06-cv-46 (JJF)
)
DOVER, DELAWARE POLICE DEPARTMENT, )
ATTORNEY GENERAL, M. JAME BRADLY; ) Dated 6/13/ 2006
AND CHIEF OF POLICE DEPT. JEFFRY )
HOBARTH. et al; )
    Defendants. )



FILED
JUN 19 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

scanned

Dear Clerk:

    I am hereby sending you the U.S. MARSHALS-285 FORMS required in my complaint as the Court ordered.

    Also I would like to inform you that my address has changed. I was transferred to another institution. My new address is:

Ricardo A. De Los Santos Mora #27615-083
United States Penitentiary
P.O. Box 150160
Atlanta, Georgia
30315

Thank you for your time.

                                  Sincerely,

                                  Ricardo A. De Los Santos-Mora

cc.file



Ricardo A. DP los Santos-M oila
#27615-083
United States Penitentiary
P.O. Box 150/68
Atlanta, Georgia 30315

To: Office of the Clerk
United States District
844 N. King
Lockbox 18
Wilmington, DE
19801-3570