OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 22, 2006

TO:  Ricardo A. De Los Santos Mora
     27615083
     United States Penitentiary
     P.O. Box 150160
     Atlanta, GA 30315

     **RE:  U.S. Marshal 285 Forms**
     *Civil Action #06-46(JJF)*

Dear Mr. Mora:

     Please be advised that this office has received all required
U.S. Marshal 285 forms in the above referenced case.

     Your complaint along with the U.S. Marshal 285 forms will be
forwarded to the U.S. Marshal for service in accordance with the
Court's orders.  Nothing contained in this letter is intended to
express an opinion as to the merits of any claims which you may be
alleging.

                              Sincerely,


/bad                          PETER T. DALLEO
                              CLERK

cc:  The Honorable Joseph J. Farnan, Jr.
     U.S. Marshal
     Pro Se Law Clerk