IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICARDO A. DE LOS SANTOS MORA )<br>)<br>      Plaintiffs, )<br>)<br>  v. )<br>)<br>CITY OF DOVER POLICE DEPT., )<br>M. JANE BRADY, ATTORNEY )<br>GENERAL, JEFFREY HOVARTH, )<br>DOVER CHIEF OF POLICE, ) | Civil Action No. 06-0046-JJF |

## DEFENDANT M. JANE BRADY'S MOTION TO DISMISS COMPLAINT

Defendant M. Jane Brady, as Attorney General for the State of Delaware ("State Defendant"), by and through her counsel, hereby moves this Honorable Court to enter an Order dismissing Plaintiff's Complaint with prejudice, pursuant to Fed.R Civ.P. 12(b)(1) and 12(b)(6), for the reasons set forth in the accompanying State Defendant's Opening Brief in Support of Motion to Dismiss.

                                        STATE OF DELAWARE
                                        DEPARTMENT OF JUSTICE

                                        /s/ Linda M. Carmichael
                                        Linda M. Carmichael, I.D. #3570
                                        Deputy Attorney General
                                        820 N. French Street, 6th Floor
                                        Wilmington, DE  19801
                                        (302) 577-8400
                                        Attorney for M. Jane Brady

Dated:  September 18, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICARDO A. DE LOS SANTOS MORA    )<br>                                                                )<br>         Plaintiffs,                              )<br>                                                                )<br>     v.                                                    )     Civil Action No. 04-0046-JJF<br>                                                                )<br>CIVY OF DOVER POLICE DEPT.,      )<br>M. JANE BRADY, ATTORNEY          )<br>GENERAL, JEFFREY HOVARTH,    )<br>DOVER CHIEF OF POLICE,                )| |

# **ORDER**

At Wilmington, Delaware, this _____ day of _____, 2006,

IT IS SO ORDERED that Plaintiff's Complaint against Defendant M. Jane Brady,

is dismissed with prejudice for the reasons stated in the attached Motion to Dismiss and

State Defendant's Opening Brief in Support of her Motion to Dismiss.

_____
United States District Court Judge
Joseph J. Farnan, Jr.

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2006, I electronically filed Defendant M. Jane Brady, Attorney General's Motion to Dismiss and Opening Brief in Support of Her Motion to Dismiss with the Clerk of the Court using CM/ECF.  In addition, two copies were sent via U.S. Mail to the following:

| | |
|---|---|
| Ricardo A. De Los Santos Mora<br>27615083<br>United States Penitentiary<br>P.O. Box 150160<br>Atlanta, GA  30315 | Ricardo A. De Los Santos Mora<br>#27615-083<br>FCC Petersburg Medium<br>P.O. Box 90043<br>Petersburg, VA  23804 |

By: /s/ Linda M. Carmichael
Linda M. Carmichael I.D. #3570
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Flr.
Wilmington, DE 19801
(302) 577-8400
linda.carmichael@state.de.us
Attorney for Defendant
M. Jane Brady, Attorney General