IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICARDO A. DE LOS SANTOS MORA, | ) | |
| | ) | |
| Plaintiff, | ) | Civ. No. 06-46 JFF |
| | ) | |
| v. | ) | |
| | ) | |
| DOVER, DELAWARE POLICE DEPARTMENT, ATTORNEY GENERAL MARY JANE BRADY, AND DOVER CHIEF OF POLICE JEFFREY HOBARTH (Horvath), | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

KINDLY ENTER my appearance on behalf of Defendants, City of Dover Police Department and Dover Chief of Police Jeffrey Horvath in the above-referenced matter.

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

BY: /s/*Daniel A. Griffith* DE ID *4209*
DANIEL A. GRIFFITH, ESQUIRE (No. 4209)
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888
(302) 552-4317
Email: dagriffith@mdwcg.com
Attorney for Defendants, City of Dover Police Department and Dover Chief of Police Jeffrey Horvath

Date: September 20, 2006

\15_A\LIAB\DAGRIFFITH\SLPG\378515\HXRUSSO\06151\00107

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICARDO A. DE LOS SANTOS MORA, ) | |
| ) | |
| Plaintiff, ) | Civ. No. 06-46 JFF |
| ) | |
| v. ) | |
| ) | |
| DOVER, DELAWARE POLICE ) | |
| DEPARTMENT, ATTORNEY ) | |
| GENERAL MARY JANE BRADY, AND ) | |
| DOVER CHIEF OF POLICE JEFFREY ) | |
| HOBARTH (Horvath), ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, Daniel A. Griffith, Esquire hereby certify that on this 20th day of September, 2006, two (2) true and correct copies of my **Entry of Appearance** on behalf of **Defendants, City of Dover Police Department and Dover Chief of Police Jeffrey Horvath,** were forwarded to the below named addressees by first-class mail in addition to being served electronically via CourtLink:

Ricardo A. De Los Santos Mora
27615083
United States Penitentiary
P.O. Box 150160
Atlanta, GA  30315
US
Pro Se

Linda M. Carmichael, Esquire
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE  19801
Attorney for Defendant
M. Jane Brady, Esquire

**MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN**

BY: _/s/Daniel A. Griffith_ DE ID *4209*
DANIEL A. GRIFFITH, ESQUIRE (No. 4209)
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888
(302) 552-4317
Email: dagriffith@mdwcg.com
Attorney for Defendants, City of Dover
Police Department and Dover Chief of
Police Jeffrey Horvath

\15_A\LIAB\DAGRIFFITH\SLPG\378520\HXRUSSO\06151\00107