IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RICARDO A. DE LOS SANTOS MORA
    Plaintiff,

Vs.                            Civil No: 06-46 JFF

ATTORNEY GENERAL, MARY JANE
BRADY, A. SCOTT DAVIS, POLICE
OFFICER, AND HARRINGTON POLICE
DEPARTMENT; Defendants.



FILED
OCT - 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## AMENDMENT TO CORRECT THE PARTIES NAMES

scanned

    Comes now, Ricardo De Los Santos Mora, acting pro se, and in support of his Amendment to correct the parties names on plaintiff original complaint under 28 U.S.C.§ 1350 filed on Junuary 18, 2006, and Amendments, wich were filed on April, 2006 hereby states as follows:

    When plaintiff filed the original complaint, he placed as defendants "Delaware Police Department." At the time, plaintiff could not remember what police department in Delaware arrested him. Because plaintiff was not able to name the correct parties on his complaint, the Court ordered plaintiff to amend his complaint. In an intent to get the correct parties names, plaintiff wrote to the Clerk of the Supreme Court of Delaware requesting information regarding the name of arresting officer and police department. The Clerk told plaintiff that the Court does not have any information regarding plaintiff case in Delaware. (see attached letter from the Clerk).

    Plaintiff then asked some family member to find out the name of arresting officer and the name of the police department who arrested plaintiff in Delaware. Plaintiff's family told plaintiff that the police department was Dover Police Department, and the Chief of Police was Horbarth. Plaintiff "erroneously" placed the Dover Police Dept.

1

and Dover Chief of Police as parties in his complaint.

Plaintiff is hereby requesting this Honorable Court to drop the Dover Chief of Police, Horvath, and the Dover Police Department from the complaint; and plaintiff request this Honorable Court to **AMEND THE COMPLAINT** to read RICARDO A. DE LOS SANTOS MORA V. ATTORNEY GENERAL, MARY JANE BRADY; POLICE OFFICER, A. SCOTT DAVIS; AND HARRINGTON POLICE DEPARTMENT, wich are the correct parties in this case. (see record of plaintiff arrest in motion filed by Chief of Police's counsel).

Plaintiff inform this Honorable Court of the **Order** from the United States District Court for the Eastern District of Virginia Alexandria Division. The court of Virginia "erroneously" placed Mr. Bradenham II as a party in a complaint similar to plaintiff's. The Virginia court recognized its error and dropped Mr. Bradenham II from the complaint and **AMENDED** the complaint with the correct party. See **PEDRO A. DE LOS SANTOS V. NEWPORT NEWS POLICE DEPARTMENT**, No: 1:06 cv 367 (LMB/BRP).

Dated: September 28, 2006.


cc. DANIEL A. GRIFFITH, ESQ.
    COUNSEL FOR CHIEF OF POLICE,
    POLICE OFFICER, A. SCOTT DAVIS,
    AND HARRINGTON POLICE DEPT.

Respectfully submitted,

RICARDO A. DE LOS SANTOS MORA
# 27615-083
United States Penitentiary
P.O.Box 150160
Atlanta, Georgia 30315

2

SUPREME COURT OF DELAWARE

CATHY L. HOWARD
*Clerk*

AUDREY F. BACINO
*Assistant Clerk*
DEBORAH L. WEBB
*Chief Deputy Clerk*
LISA A. SEMANS
*Senior Court Clerk*
DEBRA J. ZATLOKOVICZ
*Senior Court Clerk*

April 3, 2006

SUPREME COURT BUILDING
55 THE GREEN
DOVER, DE 19901

P.O. BOX 476
DOVER, DE 19903

(302) 739-4155
(302) 739-4156
(302) 739-8091

Ricardo A. De Los Santos Mora
#27615-083
FCC Petersburg Medium
P.O.Box 90043
Petersburg, Virginia  23804

RE:  **Letter dated March 23, 2006**

Dear Mr. Mora:

This is in response to your letter dated March 23, 2006, to Cathy Howard requesting information from the Supreme Court of Delaware. This Court has no information regarding this matter.

In your letter you state that you were found not guilty by a jury in this Court. This Court does not hold jury trials. The Supreme Court is an appellate court which receives appeals and related documents filed pursuant to the Supreme Court Rules. According to the Supreme Court records, you have not had an appeal in this Court.

Your trial may have been held in either the Superior Court or the Court of Common Pleas. You may write to those courts for information at the following addresses.

Ms. Lisa Lowman
Prothonotary
Kent County Courthouse
38 The Green
Dover  DE  19901

Clerk of Court of Common Pleas
Kent County Courthouse
38 The Green
Dover  DE  19901

Very truly yours,

*Audrey F. Bacino*

Ricardo A. Delos Santos Mora #276015-063
UNITED STATES PENITENTIARY
P.O. BOX 150160
ATLANTA, GEORGIA 30315

ATLANTA GA 303
28 SEP 2006 PM 6 L

To: Office of the Clerk
United States District Court
844 N. King Street
Lockbox 18
Wilmington, Delaware
19801-3570