# EXHIBIT A

# General Docket
## US Court of Appeals for the Seventh Circuit

```
Court of Appeals Docket #: 01-1657                          Filed: 3/19/01
Nsuit: 2555  Prison Condition/US Defendant
Jogi, Tejpaul v. Voges, Tim, et al
Appeal from: United States District Court

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

    District: 0753-2 : 00 C 2067
    Court Reporter: Toni Judd, Court Reporter
    Ordering Judge: Harold A. Baker, Judge
    Date Filed: 3/3/00
    Date order/judgment: 2/14/01
    Date NOA filed: 3/14/01
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: plra ifp

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
   None
Current cases:
   None

Docket as of September 28, 2006 11:00 pm                    Page 1
```

---

```
01-1657  Jogi, Tejpaul v. Voges, Tim, et al

TEJPAUL S. JOGI                  Brad P. Rosenberg
     Plaintiff - Appellant       FAX 202/263-5302
                                 202/263-3302
                                 [COR LD NTC apt]
                                 MAYER, BROWN, ROWE & MAW
                                 1909 K Street N.W.
                                 Washington, DC 20006
                                 USA

  v.

TIM VOGES                        Jerome P. Lyke
     Defendant - Appellee        FAX 217/352-7964
                                 217/352-5181
                                 [COR LD NTC ret]
                                 FLYNN, PALMER & TAGUE
                                 402 W. Church
                                 P.O. Box 1517
                                 Champaign, IL 61824-1517
                                 USA

RON CARPER                       Jerome P. Lyke
     Defendant - Appellee        (See above)
                                 [COR LD NTC ret]
```

```
DAVID MADIGAN                         Jerome P. Lyke
    Defendant - Appellee              (See above)
                                      [COR LD NTC ret]

JOHN C. PILAND, sued as John          Jerome P. Lyke
Piland                                (See above)
    Defendant - Appellee              [COR LD NTC ret]

-----------------------------

UNITED STATES OF AMERICA              Sharon Swingle
    Amicus Curiae                     FAX 202/307-2551
                                      202/353-2689
                                      Room 9135
                                      [COR LD NTC ret]
                                      DEPARTMENT OF JUSTICE
                                      Civil Division, Appellate
                                      Section
                                      601 D Street N.W.
                                      Washington, DC 20530
                                      USA

UNITED COUNTIES COUNCIL OF            William P. Hardy
ILLINOIS                              FAX 217/528-0075
    Amicus Curiae                     217/528-7375
                                      Suite 200
                                      [COR LD NTC ret]
```

Docket as of September 28, 2006 11:00 pm                     Page 2

---

01-1657  Jogi, Tejpaul v. Voges, Tim, et al

```
                                      HINSHAW & CULBERTSON
                                      400 S. Ninth Street
                                      Springfield, IL 62701
                                      USA
```

Docket as of September 28, 2006 11:00 pm                     Page 3

---

01-1657  Jogi, Tejpaul v. Voges, Tim, et al

TEJPAUL S. JOGI,
        Plaintiff - Appellant
   v.

TIM VOGES, RON CARPER, DAVID MADIGAN, et al.,
        Defendants - Appellees

Docket as of September 28, 2006 11:00 pm                     Page 4

---

01-1657  Jogi, Tejpaul v. Voges, Tim, et al

| Date | Entry |
|---|---|
| 3/19/01 | Federal prisoner's civil rights case docketed. [1381890-1] IT IS ORDERED that this appeal is subject to the Prison Litigation Reform Act. Proceedings are SUSPENDED pending notification by the district court that any necessary fee has been assessed, and if assessed, paid. [01-1657] [1381890-1] Transcript information sheet due 3/29/01. Docketing Statement due 3/21/01. Fee or IFP forms/memorandum due on 4/18/01 for Tejpaul S. Jogi. (joce) |
| 3/20/01 | Disclosure Statement filed by Jerome P. Lyke for Appellee John C. Piland, Appellee David Madigan, Appellee Ron Carper, Appellee Tim Voges. [01-1657] [1381869-1] (squi) |
| 4/12/01 | Notification from the district court dated 04/09/01, that appellant has 21 days from the date of this order in which to submit a brief informing the court of his grounds for appealing. [01-1657] [1381869-1] (terr) |
| 5/4/01 | Filed motion by Appellee USA for an order of non-involvement on appeal due to lack of service in the trial court. [1397192-1] [01-1657] (land) |
| 5/7/01 | ORDER issued GRANTING motion for an order of non-involvement [1397192-1] on appeal due to lack of service in the trial court. The clerk is directed to remove party USA from the docket in this appeal. [01-1657] [1381869-1] CMD [01-1657] (land) |
| 6/6/01 | Filed District Court order GRANTING Tejpaul S. Jogi leave to proceed on appeal in forma pauperis. Date IFP granted: 06/04/01 [01-1657] [1381869-1] (terr) |
| 6/19/01 | Notification from the district court dated 06/14/01, that appellant has been assessed an initial partial filing fee of $15.21. This fee is due within 14 days from the date of this order. [01-1657] [1381869-1] (terr) |
| 7/2/01 | ORDER: Appellant is directed to file the overdue Docketing Statement within 14 days from the date of this Rule to Show Cause. [1381869-1] JR [01-1657] Docketing Statement response due 7/16/01 for Tejpaul S. Jogi. (land) |
| 7/20/01 | Filed Appellant Tejpaul S. Jogi docketing statement. [01-1657] [1418541-1] (alic) |
| 7/30/01 | ORDER: The District Court GRANTED the appellant leave to proceed on appeal in forma pauperis and has now received the initial partial filing fee. Briefing will proceed as follows: [01-1657] [1381869-1] 1. The appellant(s) brief is due on or before 8/29/01 for Tejpaul S. Jogi. 2. The appellee(s) brief is due on or before 9/28/01 for John C. Piland, for David Madigan, for Ron Carper, for Tim Voges. 3. The reply brief, if any, is due on 10/12/01 for Tejpaul S. Jogi (terr) |

Docket as of September 28, 2006 11:00 pm                Page 5

01-1657  Jogi, Tejpaul v. Voges, Tim, et al

| Date | Entry |
|---|---|
| 9/4/01 | Filed prose motion by Appellant Tejpaul S. Jogi to extend time to file appellant's brief. [1430925-1] [01-1657] (alic) |
| 9/4/01 | Filed Appellee Tim Voges, Appellee Ron Carper, Appellee David Madigan, Appellee John C. Piland objection to Appellant Tejpaul S. Jogi motion to extend time to file appellant's brief. [1431369-1] . [01-1657] [1431369-1] (alic) |
| 9/5/01 | ORDER issued GRANTING motion for extension of time to file appellant's brief only to the extent that briefing will proceed as follows: [1430925-1] CMD [01-1657] Appellant's brief due 10/9/01 for Tejpaul S. Jogi. 2. The appellee(s) brief is due on or before 11/8/01 for John C. Piland, for David Madigan, for Ron Carper, for Tim Voges. 3. The reply brief, if any, is due 11/23/01 for Tejpaul S. Jogi. (squi) |
| 9/7/01 | ORDER re: Objection to motion for extension of time to file brief, which the court construes as a motion to reconsider its order dated September 5, 2001. The motion is DENIED. [1431369-1] CMD [01-1657] (land) |
| 10/12/01 | Filed 15c appellant's brief by Tejpaul S. Jogi. Disk not required. [01-1657] [0-0] (eric) |
| 11/13/01 | Filed 15c appellee's brief by Tim Voges, Ron Carper, David Madigan, John C. Piland. Disk filed. [01-1657] [0-0] (odea) |
| 11/15/01 | This cause has been determined to proceed without oral argument, pursuant to Circuit Rule 34(f). [01-1657] [1381869-1] (broo) |
| 11/15/01 | Notice to the District Court to transmit the record on appeal. [01-1657] [0-0] (broo) |
| 11/19/01 | Original record on appeal filed. Contents of record: 1 vol. pleadings; . [01-1657] [1453806-1] (stef) |
| 11/26/01 | Filed prose motion by Appellant Tejpaul S. Jogi to extend time to file appellant's reply brief. [1456377-1] [01-1657] (alic) |
| 11/27/01 | ORDER issued GRANTING motion for extension of time to file appellant's reply br. [1456377-1] CMD [01-1657] Appellant's reply brief due 12/10/01 for Tejpaul S. Jogi. (alic) |
| 10/29/02 | ORDER: The court has reviewed the briefs on appeal and determined that the assistance of counsel and oral argument would materially advance the issues presented on appeal. An order designating counsel and setting a briefing schedule will follow. Proceedings in this appeal are SUSPENDED pending further order of the court. (See order for further details) [1561826-1] AWL [01-1657] (julr) |

Docket as of September 28, 2006 11:00 pm                    Page 6

---

01-1657  Jogi, Tejpaul v. Voges, Tim, et al

| | |
|---|---|
| 12/12/02 | ORDER: Pursuant to this court's order of 10/29/02, IT IS |

|  |  |
|---|---|
|  | ORDERED that Attorney Brad P. Rosenberg is hereby APPOINTED to represent Appellant Tejpaul S. Jogi. Briefing will as follows: [1454642-1] DW [01-1657] Appellant's brief due 3/3/03 for Tejpaul S. Jogi. Appellees' brief due 4/2/03 for Tim Voges, for Ron Carper, for David Madigan, for John C. Piland. Appellant's reply brief, if any, is due 4/16/03 for Tejpaul S. Jogi. (chri) |
| 1/31/03 | Disclosure Statement filed by Brad P. Rosenberg for Appellant Tejpaul S. Jogi. [01-1657] [1381869-1] (hudk) |
| 2/21/03 | Filed motion by Appellant Tejpaul S. Jogi to extend time to file appellant's brief. [1596842-1] [01-1657] (hudk) |
| 2/24/03 | ORDER issued GRANTING motion for extension of time to file appellant's brief. [1596842-1] CMD [01-1657] 1. Appellant's brief due 4/2/03 for Tejpaul S. Jogi. 2. The appellees' brief is due on or before 5/2/03 for Tim Voges, for Ron Carper, for David Madigan, for John C. Piland. 3. The reply brief, if any, is due 5/16/03 for Tejpaul S. Jogi. (hudk) |
| 4/3/03 | Filed oversized record in Section 16 of exhibit room: 1 box containing briefs. [1381869-1] [01-1657] (cove) |
| 4/3/03 | Filed 15c appellant's brief by Tejpaul S. Jogi. Disk filed. [01-1657] [0-0] (odea) |
| 4/3/03 | Disclosure Statement filed by Brad P. Rosenberg for Appellant Tejpaul S. Jogi. [01-1657] [1381869-1] (hudk) |
| 4/22/03 | Filed motion by Appellee John C. Piland, Appellee David Madigan, Appellee Ron Carper, Appellee Tim Voges to extend time to file appellee's brief. [1616533-1] [01-1657] (hudk) |
| 4/24/03 | ORDER issued GRANTING motion for extension of time to file appellees' brief. [1616533-1] CMD [01-1657] 1. Appellees' brief due 5/23/03 for Tim Voges, for Ron Carper, for David Madigan, for John C. Piland. 2. The reply brief if any is due on 6/6/03 for Tejpaul S. Jogi. (hudk) |
| 5/23/03 | Filed 15c appellee's brief by John C. Piland, David Madigan, Ron Carper, Tim Voges. Disk filed. [01-1657] (fern) |
| 5/29/03 | Filed motion by Appellant Tejpaul S. Jogi to extend time to file appellant's reply brief. [1628243-1] [01-1657] (hudk) |
| 5/30/03 | ORDER issued GRANTING motion for extension of time to file appellant's reply brief. [1628243-1] CMD [01-1657] Appellant's reply brief due 6/27/03 for Tejpaul S. Jogi. (hudk) |

Docket as of September 28, 2006 11:00 pm      Page 7

---

01-1657    Jogi, Tejpaul v. Voges, Tim, et al

| | |
|---|---|
| 6/30/03 | Filed 15c appellant's reply brief by Tejpaul S. Jogi. Disk filed. [01-1657] [0-0] (fern) |
| 7/14/03 | ORDER: Argument set for Wednesday, September 3, 2003 at |

| Date | Entry |
|---|---|
| | 9:30 a.m. Each side limited to 20 minutes. [01-1657] [1641998-1] (juli) |
| 7/16/03 | NOTICE: Brad P. Rosenberg for Appellant Tejpaul S. Jogi will not be available for oral argument 9/30/03; 10/01/03. [01-1657] [1381869-1] (fern) |
| 9/3/03 | Case heard and taken under advisement by panel: Circuit Judge Kenneth F. Ripple, Circuit Judge Ilana D. Rovner, Circuit Judge Diane P. Wood. [01-1657] [1657826-1] (juli) |
| 9/3/03 | Case argued by Brad P. Rosenberg for Appellant Tejpaul S. Jogi, Jerome P. Lyke for Appellee Tim Voges, Appellee Ron Carper, Appellee David Madigan, Appellee John C. Piland. [01-1657] [1381869-1] (juli) |
| 5/12/04 | Filed Appellant Tejpaul S. Jogi Citation of Additional Authority, per CR 28(e). Dist.   [01-1657] [1737213-1] (amyd) |
| 5/26/04 | Filed Appellee John C. Piland, Appellee David Madigan, Appellee Ron Carper, Appellee Tim Voges Citation of Additional Authority, per CR 28(e). Dist.   [01-1657] [1741707-1] (amyd) |
| 7/26/04 | Filed Appellant Tejpaul S. Jogi Citation of Additional Authority, per CR 28(e). Dist.   [01-1657] [1760665-1] (hard) |
| 9/27/05 | Filed opinion of the court by Judge Wood. The judgment of the district court is REVERSED and the case is REMANDED for further proceedings consistent with this opinion. Circuit Judge Kenneth F. Ripple, Circuit Judge Ilana D. Rovner, Circuit Judge Diane P. Wood.  [01-1657] [1381869-1] (hard) |
| 9/27/05 | ORDER: Final judgment filed per opinion. With costs: n. [01-1657] [1906211-1] (hard) |
| 10/4/05 | Filed motion by Appellee John C. Piland, Appellee David Madigan, Appellee Ron Carper, Appellee Tim Voges to extend time to file Petition for Rehearing. [1908957-1]   [01-1657] (amyd) |
| 10/4/05 | ORDER issued GRANTING Uncontested Motion for Extension of Time to File a Petition for Rehearing or Rehearing En Banc. Appellees shall file their Petition for Rehearing or Rehearing En Banc on or before November 10, 2005. [1908957-1] SCR [01-1657] (amyd) |

Docket as of September 28, 2006 11:00 pm                         Page 8

---

01-1657   Jogi, Tejpaul v. Voges, Tim, et al

| Date | Entry |
|---|---|
| 11/10/05 | Filed 30c Petition for Rehearing and Petition for Rehearing Enbanc by Appellee John C. Piland, Appellee David Madigan, Appellee Ron Carper, Appellee Tim Voges, per order. Dist. [01-1657] [1922074-1] (amyd) |
| 11/10/05 | Disclosure Statements filed by attorney William P. Hardy and J. William Roberts for United Counties Council of Illinois. [01-1657] [1381869-1] (amyd) |

| | |
|---|---|
| 11/10/05 | Filed motion by Appellee USA to for leave to file brief as Amicus Curiae in support of Rehearing or Rehearing En Banc. [1922162-1] 30c brief tendered. [0-0] [01-1657] (amyd) |
| 11/10/05 | Filed motion by United Counties Council of Illinois for leave to file amicus brief in support of Petition for Rehearing En Banc. [1922167-1] 30c brief tendered. [0-0] [01-1657] (amyd) |
| 11/14/05 | Sent clerk's copy of request to Appellant Tejpaul S. Jogi requesting 30c of their Answer to the Petition for Rehearing and Petition for Rehearing Enbanc filed by the appellees on 11/10/05. [01-1657] [1922657-1] Answer to Petition for Enbanc Rehearing due 11/28/05 for Tejpaul S. Jogi. (amyd) |
| 11/16/05 | ORDER re: 1) Motion by the United States for Leave to File Brief as Amicus Curiae in Support of Rehearing or Rehearing En Banc. 2) Motion of United Counties Council of Illinois for Leave to File Amicus Curiae Brief in Support of Petition for Rehearing En Banc. #1 and #2 are GRANTED. The clerk of this court shall file INSTANTER the tendered Amicus briefs. The clerk shall distribute the briefs en banc along with a copy of this order. [1922162-1] [1922167-1] [1922074-1] SCR [01-1657] (amyd) |
| 11/16/05 | Filed 30c amicus brief by Amicus Curiae United Counties Council of Illinois in support of petition for rehearing en banc filed by appellees, per order. Disk filed. [01-1657] [0-0] (amyd) |
| 11/16/05 | Filed 30c amicus brief by Amicus Curiae USA in support of petition for rehearing or rehearing en banc, per order. Electronically Transmitted. [01-1657] [0-0] (amyd) |
| 11/21/05 | Filed motion by Appellant Tejpaul S. Jogi to stay. [1925328-1] [01-1657] (amyd) |
| 11/21/05 | Filed motion by Appellant Tejpaul S. Jogi to extend time to file answer to Petition for Rehearing. [1925421-1] [01-1657] (amyd) |

Docket as of September 28, 2006 11:00 pm                Page 9

---

01-1657   Jogi, Tejpaul v. Voges, Tim, et al

| | |
|---|---|
| 11/23/05 | ORDER re: 1) Motion to Stay. 2) Uncontested Motion for an Extension of Time to File an Answer to Appellees' Petition for Rehearing or Rehearing En Banc. #1 is DENIED. Further, #2 is GRANTED to the extent that appellant shall file answer to appellees' petition for rehearing on or before December 12, 2005. [1925328-1] [1925421-1] SCR [01-1657] (amyd) |
| 12/12/05 | Filed 30c Answer of Appellant Tejpaul S. Jogi to Petition for Rehearing and Petition for Rehearing Enbanc. Dist. [01-1657] [1932249-1] (amyd) |

| Date | Entry |
|---|---|
| 1/4/06 | ORDER: The court has decided to hold in abeyance Defendants-Appellees' Petition for Rehearing or Rehearing En |
| 7/11/06 | Filed Appellant Tejpaul S. Jogi Statement of Position regarding the significance of Sanchez-Llamas v. Oregon and Bustillo v. Johnson to Petition for Rehearing or Rehearing En Banc. [01-1657] [1381869-1] (amyd) |
| 7/12/06 | Filed Appellee John C. Piland, Appellee David Madigan, Appellee Ron Carper, Appellee Tim Voges Statement of Position. Dist. [01-1657] [1381869-1] (amyd) |
| 9/11/06 | ORDER: The parties are to submit their memoranda responding to these questions by the following dates: The memorandum of appellant is due by September 25, 2006. The responsive memorandum of appellees is due by October 5, 2006. Any reply memorandum appellant wishes to file is due by October 12, 2006. [01-1657] Memorandum due 9/25/06 for Tejpaul S. Jogi. Response due 10/5/06 for Tim Voges, for Ron Carper, for David Madigan, for John C. Piland. Reply due 10/12/06 for Tejpaul S. Jogi. (hard) |
| 9/25/06 | Filed motion by Amicus Curiae USA to file supplemental brief. [2029158-1] [01-1657] (hard) |
| 9/25/06 | Filed Appellant Tejpaul S. Jogi memorandum to appellees' Petition for Rehearing En Banc. Dist. [01-1657] [2029161-1] (hard) |

Docket as of September 28, 2006 11:00 pm                Page 10

---

01-1657  Jogi, Tejpaul v. Voges, Tim, et al

| Date | Entry |
|---|---|
| 9/28/06 | ORDER issued DENYING unopposed motion by the United States for leave to file supplemental brief as amicus curiae as unnecessary. Under FRAP 29(a), the United States does not need leave of court to participate as an amicus. [2029158-1] DMS [01-1657] (kell) |

Docket as of September 28, 2006 11:00 pm                Page 11

---

|  PACER Service Center  |||
|---|---|---|
| Transaction Receipt |||
| 10/03/2006 10:49:02 |||
| PACER Login: | dj0024 | Client Code: |
| Description: | dkt report | Case Number: 01-1657 |