IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICARDO A. DE LOS SANTOS MORA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 06-46-JJF |
| : | |
| CITY OF DOVER POLICE : | |
| DEPARTMENT, ATTORNEY GENERAL : | |
| MARY JANE BRADY, and DOVER : | |
| CHIEF OF POLICE JEFFREY : | |
| HOBARTH (HORVATH), : | |
| : | |
| Defendants. : | |

## O R D E R

WHEREAS, Plaintiff filed an Amendment To Correct The Parties Names, which was construed as a Motion To Amend The Complaint (D.I. 27);

WHEREAS, by his Motion, Plaintiff seeks to voluntarily dismiss the Dover Chief of Police and the City of Dover Police Department from the Complaint and add A. Scott Davis and the Harrington Police Department as Defendants;

WHEREAS, Defendants the City of Dover Police Department and the Dover Chief of Police also filed a Motion To Dismiss (D.I. 24);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion To Amend The Complaint (D.I. 27) is **GRANTED**. Police Officer A. Scott Davis and the Harrington Police Department will be added as Defendants in this action.

2. Plaintiff's request to voluntarily dismiss the Dover Chief of Police and the City of Dover Police Department contained

in his Motion To Amend (D.I. 27) is **GRANTED**.

    3.   The Motion To Dismiss (D.I. 24) filed by the City of Dover Police Department and the Dover Chief of Police is **DENIED** as moot.

October 30, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE