United States District Court
Delaware

Civ. No. 06-46 JJF

Dear Clerk:

I Am hereby Sending you the U.S. Marshal Form with the Name of the Newly added Parties in my Complaint As the Court requested. Also, enclosed Are copy of the Complaint And Amendments.

Sincerely,

Ricardo A. De los Santos Mora
#27615-083
United States Penitentiary
P.O. Box 150160
Atlanta, GA 30315

Date: 11.24.06



FILED
NOV 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned



Ricardo A. De los Santos Mora
#37645-083
United States Penitentiary
P.O. Box 150160
Atlanta, GA 30315

2006   LANTA GA 303   NOV 24 2006 PM   ATLANTA GA 303

TO: Office of the Clerk
United States District Court
844 N. King Street
Lockbox 18
Wilmington, Delaware
19801-3570