OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

November 28, 2006

TO: Ricardo A. De Los Santos Mora  
    27615083  
    United States Penitentiary  
    P.O. Box 150160  
    Atlanta, GA 30315

**RE: U.S. Marshal 285 Forms**  
*Civil Action #06-46(JJF)*

Dear Mr. De Los Santos Mora:

    Please be advised that this office has received incomplete USM 285 forms in the above mentioned case. Please submit USM 285 forms with the names and addresses listed in the section to be filed in by the requestor.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead                          PETER T. DALLEO  
                             CLERK

cc: The Honorable Joseph J. Farnan, Jr.  
enc: USM 285 forms