United States District
Court of Delaware

Civil No. 06-46 (JJF)

FILED
DEC 1 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Clerk,

    I am sorry for the inconvinience I caused with the US Marshall forms 285. At this moment, I have no body on the outside to get the address of the Chief Executive of Harrington, DE, I will appreciate it if the US Marshall or this court provide it for me.

    I understand it is my responsibility to provide the address however, for the mentioned reason I am not able to at this time.

    Thank you for your assistance.

Dated: 12/04/06

Sincerely,
Ricardo De los Santos Mora
#27615-083
United States Penitentiary
P. O. Box 150160
Atlanta, GA 30315

#27615-083
Ricardo A. De los Santos Mora
UNITED STATES PENITENTIARY
P.O. BOX 150160
ATLANTA, GEORGIA 30315

To: Office Of the Clerk
United States District Court
Lockbox 18
844 king Street
U.S. courthouse
Wilmington, Delaware
19801