```
RICARDO A. DE LOS SANTOS MORA
# 27615-083
F.C.I. ATLANTA
P.O.BOX 150160
ATLANTA, GEORGIA 30315
```

January 25, 2007.

To: The Honorable Judge

Civil No: 06-0046 JJF

Dear Sir:

   Three months ago, M. Jane Brady, filed her reply to my complaint under 28 U.S.C. 1350. I filed an answer and she filed another reply.

   A person recently provided me with some legal fact that were not available to me at the time I filed my answer. I would like to present those legal fact to this Court. I ask you to allow me to do so.

   Specifically, M. Jane Brady stated in her reply that the Vienna Covention **PREAMBLE** states that individual don't have a private right under Article 36. However, I want to make clear that the lenguage in the preamble reffers to the state counsel official, not to the individual citizen.

   M. Brady also says that I don't have the right to be informed of the Vienna treaty while I was in jail for a period of (11) months. However, I want to make clear that Article 36 (1) (b) states...**A person in custody pending trial**...has the right to be informed of his Vienna Convention rights.

   I also want to explain that the Vienna Convention is a **self-executing** treaty, and that monetary damage is proper in my case.

   I also want to explain, again, that this Court no only has jurisdiction under 28 U.S.C. 1350, but also under 1331 and other statutes.

   M. Jane Brady is completely wrong on her Reply Brief.

Respectfully submitted

Ricardo A. De Los Santos Mora

cc. M. Jane Brady



FILED
JAN 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

#27615-083
Ricardo A. De los Santos Mora
UNITED STATES PENITENTIARY
P.O. BOX 150160
ATLANTA, GEORGIA 30315

ATLANTA GA 303
26 JAN 2007 PM 6 L

To: Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570