IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RICARDO A. DE LOS SANTOS MORA,  :
                                         :
      Plaintiff,               :
                                         :
    v.                                 : Civil Action No. 06-46-JJF
                                         :
M. JANE BRADY, A. SCOTT DAVIS,  :
and HARRINGTON POLICE DEPARTMENT,:
                                         :
      Defendants.           :

**O R D E R**

At Wilmington, this 30 day of March, 2007 for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendant M. Jane Brady's Motion To Dismiss Complaint (D.I. 21) is **GRANTED**.

                                                                *[signature]*
                                            UNITED STATES DISTRICT JUDGE