OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 7, 2007

Ricardo A. De Los Santos Mora
Reg # 27615083
FCI Petersburg Medium
P. O. Box 90043
Petersburg, VA 23804

      RE:    De Los Santos Mora v. Attorney General M. Jane Brady, et al.
              Civil Action No. 06-046 JJF

Dear Mr. De Los Santos Mora:

      Your letter dated 4/19/07 has been received indicating your copies to Harrington Police Dept and A. Scott Davis are being returned. Please note the Court's records show the following address as counsel for Harrington Police Department:

      William W. Pepper, Esquire
      Schmittinger & Rodriquez, P.A.
      414 South State Street
      P. O. Box 497
      Dover, DE 19903

      The docket does not indicate any service upon A. Scott Davis and therefore an address would not be available.

      I hope this letter addresses your concerns. Nothing in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

      Sincerely,

      Peter T. Dalleo
      Clerk

/dk
cc: Hon. Joseph J. Farnan, Jr.