U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

PLAINTIFF: Ricardo A. De Los Santos Mora
COURT CASE NUMBER: Civ. No. 06-46 JJF
DEFENDANT: Officer A. Scott Davis
TYPE OF PROCESS: 28 U.S.C. 1350

SERVE
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
A. Scott Davis, Harrington Police Officer

AT
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
N/A Delaware State Police
P.O. Box 236, Harrington, DE 19952

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Ricardo A. De Los Santos Mora
#27615-083
United States Penitentiary
P.O. Box 150160
Atlanta, Georgia 30315

Number of process to be served with this Form - 285: One (1)
Number of parties to be served in this case: Three (3)
Check for service on U.S.A.: ✓

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
N/A

Signature of Attorney or other Originator requesting service on behalf of: X PLAINTIFF □ DEFENDANT
TELEPHONE NUMBER: N/A
DATE: 7-24-06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Signature of Authorized USMS Deputy or Clerk: BF
Date: 1-5-07

X I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

REMARKS: Per William Pepper, atty for Harrington PD, Officer Davis has not been with the Dept. for 4 years - Return Unexecuted

PRIOR EDITIONS MAY BE USED
1. CLERK OF THE COURT
FORM USM-285 (Rev. 12/15/80)