IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RICARDO A. DE LOS SANTOS MORA,           :
                                         :
         Plaintiff,                      :
                                         :
    v.                                   :   Civil Action No. 06-46-JJF
                                         :
A. SCOTT DAVIS,                          :
                                         :
         Defendant.                      :

### ORDER

At Wilmington this 17 day of July, 2007, the Amended Complaint in the above-captioned case having been filed on October 30, 2006;

IT IS ORDERED that, on or before **August 17, 2007**, Plaintiff shall show cause why this case should not be dismissed for failure to serve process upon A. Scott Davis within 120 days of filing the Complaint, pursuant to Fed. R. Civ. P. 4(m).

                                    /s/ Joseph J. Farnan
                                    UNITED STATES DISTRICT JUDGE