DLD-339                                                                              August 9, 2007
**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **07-2124**

RICARDO A. DE LOS SANTOS MORA

    VS.

M. JANE BRADY, ATTORNEY GENERAL, ET AL.

  (D. DEL. CIV. NO. 06-CV-00046)

Present:    BARRY, AMBRO and FISHER, <u>CIRCUIT</u> <u>JUDGES</u>

    Submitted are:

(1) By the Clerk for possible dismissal due to a jurisdictional defect;

(2) By the Clerk the within appeal for possible dismissal pursuant to 28 U.S.C. § 1915(e)(2) or summary action;

(3) Appellant's motion for appointment of counsel;

(4) Appellant's response; and

(5) Appellant's supplemental response

in the above-captioned case.

                Respectfully,

                Clerk

MMW/KEK/zm/cmd


DLD-339                                                                                        August 9, 2007

RICARDO A. DE LOS SANTOS MORA
      VS.
M. JANE BRADY, ATTORNEY GENERAL, ET AL.
C.A. No. 07-2124
Page 2

## O R D E R

The foregoing appeal is dismissed for lack of jurisdiction. This Court has jurisdiction of appeals from final decisions of the district courts. 28 U.S.C. § 1291. We cannot review an order that dismisses some, but not all, of the claims before the District Court unless the District Court directs the entry of a final judgment as to that order under Federal Rule of Civil Procedure 54(b). See New York Football Giants, Inc. v. Comm'r of Internal Revenue, 349 F.3d 102, 105-06 (3d Cir. 2003). The District Court's March 30, 2007, order did not resolve the litigation as to all parties; as of August 3, 2007, the case is still pending in the District Court. As the District Court declined to direct the entry of a final judgment under Rule 54(b), we may not review that order at this time. We only have jurisdiction over an appeal taken within 30 days of a "final decision" issued by the District Court. See Fed. R. App. P. 4(a)(1)(A); New York Football Giants, 349 F.3d at 105. Appellant's motion requesting the appointment of counsel is denied.

By the Court,

/s/ D. Michael Fisher
Circuit Judge

Dated: August 23, 2007
CMD/cmh/cc: MDLS, LMC, WWP



A True Copy:

Marcia M. Waldron, Clerk